**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| DESTILERIA SERRALLES,<br><br>    Plaintiff,<br><br>       v.<br><br>ORLANDO ALVARADO-CASIANO,<br>ET AL.,<br><br>    Defendants. | CIVIL NO. 02-1104 (PG) |

**O R D E R**

Before the Court is the Honorable Magistrate Judge's Report and Recommendation.  (Docket No. 13)  The parties having filed no objections thereto, and the Court having found the same absent of error and moreover correct, the Report and Recommendation is hereby **APPROVED AND ADOPTED** with the same force and effect as if fully set forth herein.  A declaratory judgment shall issue forthwith stating that Elba Alvarado-Casiano as legal guardian of minor Orlando Alvarado-Rivera is entitled to the two thousand nine hundred thirty-four dollars and fifty-nine cents ($2,934.59) object of this action, which amount shall be placed in an interest-bearing account for the benefit of the minor until further order of the Court.

    **SO ORDERED.**

    In San Juan, Puerto Rico, July 20, 2005.

                                        S/ JUAN M. PÉREZ-GIMÉNEZ
                                        JUAN M. PÉREZ-GIMÉNEZ
                                        UNITED STATES DISTRICT JUDGE